
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:21-00184 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| KATERENA MOORE | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about December 16, 2018, in the Middle District of Tennessee, **KATERENA MOORE**, knowing she had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: Colt's Patented Firearm Manufacturing Co. model 1991A1 caliber .45 Auto pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

_____
FOREPERSON

MARY JANE STEWART
ACTING UNITED STATES ATTORNEY

*Rachel M Stephens*
RACHEL M. STEPHENS
ASSISTANT UNITED STATES ATTORNEY